IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HATTIE H., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) | 3:21-CV-0247-G-BK |
| | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  No objections were filed.  The court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, the court **GRANTS** the plaintiff's Motion for and Memorandum in Support of Award of Attorney Fees Under 406(b) of the Social Security Act (docket entry 38) and **AWARDS** the plaintiff, in care of her attorney, $25,000 in attorney's fees.

**SO ORDERED**.

July 6, 2026.

_A. Joe Fish_

**A. JOE FISH**
**Senior United States District Judge**